1    WILLIAM R. TAMAYO - #084965 (CA)
     DAVID OFFEN-BROWN - #063321 (CA)
2    RAYMOND T. CHEUNG -  #176086 (CA)
     EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
3    San Francisco District Office
     350 The Embarcadero, Suite 500
4    San Francisco, California 94105-1260
     Telephone No. (415) 625-5649
5    Facsimile No. (415) 625-5657
     raymond.cheung@eeoc.gov
6

7    Attorneys for Plaintiff

8

9                  UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11

12   EQUAL EMPLOYMENT OPPORTUNITY   )
     COMMISSION,                    )        CIVIL ACTION NO.
13                                  )
                                    )
14              Plaintiff,          )        COMPLAINT
                                    )        Civil Rights
15        v.                        )          – Employment Discrimination
                                    )          – Class Action
16                                  )
     AMELCO ELECTRIC SAN FRANCISCO  )        **JURY TRIAL DEMAND**
17   AND AMELCO CORPORATION,        )
                                    )
18              Defendant.          )
     _____)
19

20                     NATURE OF THE ACTION

21        This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil

22   Rights Act of 1991 to correct unlawful employment practices on the basis of sex, race and

23   national origin, and to provide appropriate relief to Susanna Ortez and similarly situated

24   individuals who were adversely affected by such practices.  As alleged below, defendants,

25   Amelco Electric San Francisco and Amelco Corporation subjected Ms. Ortez and others to a

26   hostile work environment because of their sex, race and/or national origin. Defendants also

27   subjected Ms. Ortez and the class of similarly situated individual to disparate treatment and/or

28   termination because of their sex, race and/or national origin.

COMPLAINT

JURISDICTION AND VENUE

1.      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343, and 1345.  This action is authorized and instituted pursuant to sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended (Title VII), 42 U.S.C. §§2000e-5(f)(1) and (3), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2.      The employment practices alleged to be unlawful were committed within San Francisco County which is within the jurisdiction of the United States District Court for the Northern District of California.

INTRADISTRICT ASSIGNMENT

3.      This case is appropriate for assignment to San Francisco because the unlawful employment practices alleged were committed within San Francisco County.

PARTIES

4.      Plaintiff, the Equal Employment Opportunity Commission ("EEOC"), is the agency of the United States of America charged with the administration, interpretation, and enforcement of Title VII and is expressly authorized to bring this action by sections 706(f)(1) and (3) of Title VII, 42 U.S.C. §§2000e-5(f)(1) and (3).

5.      At all relevant times, Defendant, Amelco Electric San Francisco, has continuously been doing business in the State of California and the City and County of San Francisco and has continuously had at least fifteen employees.

6.      At all relevant times, Defendant, Amelco Corporation, has continuously been doing business in the State of California and the City and County of San Francisco and has continuously had at least fifteen employees.

7.      At all relevant times, Amelco Electric San Francisco and Amelco Corportation ("Defendant Employers") have continuously been employers engaged in an industry affecting commerce within the meaning of section 701(b), (g), and (h) of Title VII, 42 U.S.C. §2000e-(b), (g), and (h).

///

///

COMPLAINT

1

STATEMENT OF CLAIMS

2      8.    More than thirty days prior to the institution of this lawsuit, Susanna Ortez filed a

3  charge of discrimination with the EEOC alleging violations of Title VII by Defendant Employers.

4  All conditions precedent to the institution of this lawsuit have been fulfilled.

5      9.    Since at least January 2002, Defendant Employers have engaged in unlawful

6  practices at their San Francisco, California work site in violation of section 703(a)(1) of Title

7  VII, 42 U.S.C. §2000e-2(a).  These practices include subjecting Ms. Ortez and other similarly

8  situated employees to harassment and to an offensive, abusive, intimidating and hostile work

9  environment based on their sex, race and/or national origin. Defendants also subjected Ms. Ortez

10  and the class of similarly situated individual to disparate treatment and/or termination because of

11  their sex, race and/or national origin.

12      10.    The effect of the practices complained of above has been to deprive Susanna

13  Ortez  and others of equal employment opportunities and otherwise to adversely affect their

14  status as employees because of their sex, race and/or national origin.

15      11.    The unlawful employment practices complained of above were intentional.

16      12.    The unlawful employment practices complained of above were done with malice

17  and/or reckless indifference to the federally protected rights of Susanna Ortez and other similarly

18  situated individuals.

19

PRAYER FOR RELIEF

20      WHEREFORE, the Commission respectfully requests that this Court:

21      A.    Grant a permanent injunction enjoining Defendant Employers, their officers,

22  successors, assigns, and all persons in active concert or participation with them, from engaging in

23  harassment and retaliation, and any other employment practice which discriminates on the basis

24  of sex, race or national origin.

25      B.    Order Defendant Employers to institute and carry out policies, practices, and

26  programs which provide equal employment opportunities for racial and ethnic minority and/or

27  female employees and which eradicate the effects of their past and present unlawful employment

28  practices.

COMPLAINT

1    C.    Order Defendant Employers to make whole Susanna Ortez and other similarly

2  situated individuals, by providing appropriate backpay with prejudgment interest, in amounts to

3  be determined at trial, and other affirmative relief necessary to eradicate the effects of its

4  unlawful employment practices, including but not limited to interest.

5    D.    Order Defendant Employers to make whole Susanna Ortez and other similarly

6  situated individuals by providing compensation for past and future pecuniary losses resulting

7  from the unlawful employment practices described above, with interest, in amounts to be

8  determined at trial.

9    E.    Order Defendant Employers to make whole Susanna Ortez and other similarly

10  situated individuals by providing compensation for past and future non-pecuniary losses caused

11  by the above unlawful conduct, including pain and suffering, emotional distress, indignity, loss

12  of enjoyment of life, loss of self-esteem, and humiliation, in amounts to be determined at trial.

13    F.    Order Defendant Employers to pay Susanna Ortez and other similarly situated

14  individuals punitive damages for its malicious and reckless conduct described above, in amounts

15  to be determined at trial.

16    G.    Grant such further relief as the Court deems proper.

17    H.    Award the Commission its costs in this action.

18                    JURY TRIAL DEMAND

19    The Commission requests a jury trial on all questions of fact raised by its complaint.

20

21                        Respectfully submitted,

22

23                        JAMES L. LEE
                          DEPUTY GENERAL COUNSEL
24
                          GWENDOLYN YOUNG REAMS
25                        ASSOCIATE GENERAL COUNSEL

26                        EQUAL EMPLOYMENT OPPORTUNITY
                          COMMISSION
27
                          1801 L Street, N.W.
28                        Washington,  DC  20507

COMPLAINT

4

1

2

3    Dated: _____

4                                                    WILLIAM R. TAMAYO
                                                     Regional Attorney
5

6    Dated: _____

7                                                    DAVID OFFEN-BROWN
                                                     Supervisory Trial Attorney
8    Dated: _____

9                                                    RAYMOND T. CHEUNG
                                                     Trial Attorney
10
                                                     EQUAL EMPLOYMENT
11                                                   OPPORTUNITY COMMISSION
                                                     San Francisco District Office
12                                                   350 The Embarcadero, Suite 500
                                                     San Francisco, California 94105-1260
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT