WILLIAM R. TAMAYO - 084965 (CA)
DAVID F. OFFEN-BROWN - 063321 (CA)
RAYMOND T. CHEUNG - 176086 (CA)
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105
Telephone:   (415) 625-5649
Facsimile:   (415) 625-5657
raymond.cheung@eeoc.gov

Attorneys for Plaintiff
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMELCO ELECTRIC SAN FRANCISCO and AMELCO CORPORATION,<br><br>Defendants. | Case No.  06-3008 CRB<br><br>**DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** |

Pursuant to the terms of the attached Settlement Agreement, the United States Equal Employment Opportunity Commission (EEOC) hereby move to dismiss the above cases with prejudice.

Respectfully Submitted,

Dated: August 21, 2006                     ___/s/_____
                                           Raymond T. Cheung
                                           Attorney for Plaintiff
                                           EQUAL EMPLOYMENT
                                           OPPORTUNITY COMMISSION

1

DISMISSAL AND ORDER                                           Case No.  06-3008 CRB

1
2   **IT IS SO ORDERED.**
3
4
5          August 21, 2006                    _____
                                               U.S. District Court Judge
6
7
8
9



10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

DISMISSAL AND ORDER                                      Case No.  06-3008 CRB