WILLIAM R. TAMAYO - 084965 (CA)
DAVID F. OFFEN-BROWN - 063321 (CA)
RAYMOND T. CHEUNG - 176086 (CA)
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105
Telephone:    (415) 625-5649
Facsimile:    (415) 625-5657
raymond.cheung@eeoc.gov

Attorneys for Plaintiff
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>                                      Plaintiff,<br><br>        v.<br><br>AMELCO ELECTRIC SAN FRANCISCO and AMELCO CORPORATION,<br><br>                                      Defendants. | Case No.  05-02492 MEJ and<br>Case No.  06-3008 CRB<br><br>**SETTLEMENT AGREEMENT BETWEEN THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION AND AMELCO ELECTRIC SAN FRANCISCO & AMELCO CORPORATION; ORDER** |

## I. INTRODUCTION

A.    Plaintiff Equal Employment Opportunity Commission ("Commission") filed Case No.  05-02492 MEJ under Title VII of the Civil Rights Act of 1964, as amended, on behalf of Carl McNair and a class of similarly situated individuals, alleging that Carl McNair and class members were electricians working for Amelco Electric San Francisco and Amelco Corporation (individually and collectively, "Defendants") when they were subjected to harassing comments and/or disparate treatment due to their race, gender, religion and national origin in violation of Title VII.

1

B.      Case No. 06-3008 CRB was filed by the Commission on behalf of Susanna Ortez and a class of similarly situated electricians against Defendants Amelco Electric San Francisco and Amelco Corporation.  This action alleges that they were subjected to harassing comments and/or disparate treatment due to their gender, race and/or national origin in violation of Title VII.

C.      Amelco Corporation and Amelco Electric S.F. Inc. (erroneously named as Amelco Electric San Francisco), answered and denied all allegations of discrimination, harassment and unlawful conduct in Case No.05-02492 MEJ.

D.      Defendants were never served with Case No.06-3008 CRB, but received a copy of the Complaint, and have alleged that it represents an abuse of EEOC process by the Commission.  The EEOC has mailed a Request for Waiver of Service of Case No.06-3008 CRB to Defendants' attorney of record.

The Commission and Defendants now seek to resolve both Case No. 05-02492 MEJ and Case No.06-3008 CRB (individually and collectively, the "Actions") as to each other, and as to all Class Members referenced in the Actions (individually and collectively, the "Class Members"), without further contested litigation, through the instant Settlement Agreement.

## II.  NON-ADMISSION OF LIABILITY

This resolution does not constitute any admission of liability or any other act or fact on the part of Defendants, nor constitute any finding one way or the other as to any allegations stated in the Commission's Complaints, or in Defendants' Answer or allegations in or about the Actions.  This Settlement Agreement represents a good faith settlement of contested and disputed claims.

## III.  GENERAL PROVISIONS

1.     This Settlement Agreement constitutes a full and final resolution as against Defendants, and each of them, of all claims in the Actions by and on behalf of the Commission and

2

1   by and on behalf of all Class Members.

2   2.   This Settlement Agreement will be filed as an exhibit to Plaintiff EEOC's Notice of
3        Dismissal of the Actions.

4   3.   This Settlement Agreement is final and binding on Defendants, the Commission and the
5        Class Members, and each of them, and their successors and assigns, and each of them.

6   4.   The Commission, Class Members, and Defendants will each bear their own costs and
7        attorneys' fees in this action.

8

9                          **IV. NON-RETALIATION**

10  5.   The Defendants and their current officers, agents, employees agree not to retaliate
11       against Carl McNair, Susanna Ortez and class members for having testified or
12       participated in any manner in the Commission's investigation and the proceedings in
13       these cases.

14

15                  **V.  MONETARY AND OTHER TERMS**

16  6.   Upon execution of this Agreement, and subject to other conditions stated herein,
17       Defendants agree to pay a total of $125,000.00 in settlement of the Actions.

18            (A) The specific allocation of these monies among Carl McNair, Susanna Ortez
19       and/or other Class members shall be within the sole discretion of the EEOC, without
20       any input requested from or required of Defendants.

21            (B)  Within ten days of the full execution of this Settlement Agreement by all
22       signatory Plaintiffs and Defendants, EEOC will notify Defendants' counsel of record, in
23       writing, of the allocation of all settlement monies, identifying recipient individuals and
24       amounts.

25            (C)  Within twenty (20) days of Defendants' receipt of such notification,
26       Defendants will send checks (for the amounts and made payable to the persons specified
27       in the notification) via certified mail, Federal Express, or United Parcel Service delivery
28       to Commission attorney Raymond Cheung at the Commission's  San Francisco District

                                     3

SETTLEMENT AGREEMENT AND ORDER              CIV NOS. 05-02492 MEJ and 06-3008 CRB

1   Office – 350 The Embarcadero, Suite 500, San Francisco, California 94105.

2   Defendants will issue the appropriate tax documents (1099) directly to the payees at

3   addresses to be provided to Defendants by EEOC.

4   (D) Upon receipt of settlement checks totaling $125,000, the Commission shall

5   send to Defendants' counsel of record a signed Notice of Dismissal with Prejudice of

6   the entirety of both Actions, which Defendants shall be responsible for filing with the

7   Court.

8   (E) The Commission shall not distribute any check to any specified individual

9   Class Member unless and until said individual signs a Release of Claims acceptable to

10  Defendants, which signed Releases of Claims the Commission shall thereafter send to

11  Defendants' undersigned counsel.  If any individual refuses to sign their Release of

12  Claims form, their check shall be returned to Defendants, for reissuance of a check or

13  checks totaling that same amount to such other Class Member(s) as EEOC shall

14  designate, such reissued checks being subject to the same conditions set forth herein.

15  7.   The EEOC agrees not to institute any civil or administrative proceeding or action

16  against Defendants, or either of them, or their officers, directors, employees, agents or

17  representatives, based in whole or in part on any act alleged in EEOC Charge Nos. 370-

18  2003-00215 and/or 370-2002-08472, respectively, filed by Carl McNair and Susanna

19  Ortez, or any act alleged in the Actions, or either of them.

20

21  **VI. RETENTION OF JURISDICTION AND DISMISSAL**

22  8.   For the purposes of enforcing the provisions of this Settlement Agreement, and pursuant

23  to *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994) and

24  *Flanagan v. Arnaiz*, 143 F.3d 540, 543-44 (9th Cir. 1998), this Court will retain

25  jurisdiction of these two actions until Entry of the Dismissals with Prejudice of both

26  Case Nos. 05-02492 MEJ and Case No. 06-3008 CRB.

27  ///

28  ///

4

SETTLEMENT AGREEMENT AND ORDER                    CIV NOS. 05-02492 MEJ and 06-3008 CRB

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AMELCO ELECTRIC S.F. INC.,
erroneously named as AMELCO
ELECTRIC SAN FRANCISCO

Dated: 7-12-06                    By _____

AMELCO CORPORATION

Dated: 7-14-06                    By _____

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

Dated: _____               By_____
                                     WILLIAM R. TAMAYO
                                     Regional Attorney

Dated: _____               By_____
                                     DAVID F. OFFEN-BROWN
                                     Supervisory Trial Attorney

Dated: _____               By_____
                                     RAYMOND T. CHEUNG
                                     Senior Trial Attorney

**<u>ORDER</u>**

It is so ordered.

Dated: _ August 21, 2006

                                  _____
                                  United States

IT IS SO ORDERED

Judge Charles R. Breyer

SETTLEMENT AGREEMENT AND ORDER        5        CIV NOS. 05-02498 MEJ and 06-3008 CRB

1

2

3

                            AMELCO ELECTRIC S.F. INC.,
erroneously named as AMELCO
ELECTRIC SAN FRANCISCO

4   Dated: _____                 By _____

5

6                         AMELCO CORPORATION

7

8   Dated: _____                 By _____

9

10                    EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

11

12

13  Dated: 7/18/06              By _____
                           WILLIAM R. TAMAYO
14                       Regional Attorney

15

16  Dated: 7/20/06              By _____
                           DAVID F. OFFEN-BROWN
17                       Supervisory Trial Attorney

18

19  Dated: 7/20/06              By _____
                           RAYMOND T. CHEUNG
20                       Senior Trial Attorney

21

22                            **ORDER**

23

24      It is so ordered.

25

26  Dated: _____              _____
                           United States District Judge
27

28

                               5

SETTLEMENT AGREEMENT AND ORDER       CIV NOS. 05-02492 MEJ and 06-3008 CRB